RECEIVED

JAN 1 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| GARREN BRAILEY | CIVIL ACTION NO. 6:14-0754 |
| VERSUS | JUDGE DOHERTY |
| F.H. CANN & ASSOCIATES, INC. | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation;

IT IS ORDERED that the defendant's Motion to Dismiss [rec. doc. 10] is GRANTED in part and DENIED in part. Accordingly, all of Brailey's claims, except his FDCPA claims under § 1692e(11) and 1692(g), are DISMISSED with prejudice.

IT IS FURTHER ORDERED that plaintiff's motion for leave to file a Second Amended Complaint [see Doc. 25] is GRANTED.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this __13__ day of __January__, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE